PATTEN *v.* STONER.

EVANS, P. J. There being no complaint that the court abused his discretion in refusing to dismiss the motion for a new trial because of a failure to file the brief of evidence in strict conformity with a term order, this case is controlled under its special facts by the rulings made in *Napier* v. *Heilker*, 115 *Ga.* 168 (41 S. E. 689), *Broadway National Bank* v. *Kendrick*, 124 *Ga.* 1053 (53 S. E. 576), and *Eady* v. *A. C. L. R. Co.*, 129 *Ga.* 363 (58 S. E. 895) ; and the judgment is

*Affirmed. All the Justices concur.*

Submitted June 12, 1908.—Decided February 22, 1909.

Motion for new trial. Before Judge Wright. Walker superior court. August 19, 1907.

*Williams & Lancaster, F. W. Copeland,* and *R. M. W. Glenn,* for plaintiff in error. *Payne & Payne* and *Lumpkin & Wright,* contra.